# United States District Court

DISTRICT OF __MASSACHUSETTS__



NASEEM MOHAMED SIRAJ

V.

TAHIRA JUMA and SALEEM ALKHABURI

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 04-10793 WGY

TO: (Name and Address of Defendant)



Tahira Juma
49 Marion Street, Apt. 2B
Brookline, MA 02446

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Damon P. Hart, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
CLERK

DATE 4-21-04

BY DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | April 21, 2004 |
| NAME OF SERVER  JOSEPH OLINTO | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____Ms. "Jane Doe", Agent._____

Said service was made at:_____49 Marion Street, Brookline_____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to_____

Duly Authorized Agent for the within-named_____

Said service was made at:
_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 70.00 | $ 70.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____April 21, 2004_____     *Joseph Olinto*
               Date                          Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 4/21/04 | 12:15P.M. | NO SERVICE AT 49 MARION ST., BROOKLINE, MA. - PROCESS SERVER SPOKE VIA AN INTERCOM TO AN ADULT FEMALE WHO SPOKE VERY LITTLE ENGLISH AND A YOUNG BOY AND LEARNED WITHIN-NAMED WAS NOT HOME AT TIME OF SAID ATTEMPT..... YOUR OFFICE INSTRUCTED PROCESS SERVER TO RETURN LATER AND MAKE SERVICE C/O AN AGENT IF WITHIN-NAMED IS NOT HOME AGAIN... | $_____.00  $__35_.00  $_____.00 |
| 4/21/04 | 6:45P.M. | SERVICE WAS MADE AT 49 MARION ST., BROOKLINE, MA. TO A MIDDLE EASTERN FEMALE WHO REFUSED TO GIVE OUT HER NAME AND IS APPROXIMATELY IN HER LATE 30'S, BLACK HAIR, APPROXIMATELY 5'8, APPROXIMATELY 120 LBS............ | $_____.00  $__35_.00  $_____.00 |

**DUE & DILIGENT SEARCH**: $_____.00    No service was made    TOTAL  $__70_.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

Suvalle, Jodrey & Associates          One Devonshire Place          Telephone # (617) 720-5733
Massachusetts Constables since 1925    Boston, MA 02109              Fax #       (617) 720-5737