UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

NASEEM MOHAMED SIRAJ,

    Plaintiff

v.

TAHIRA JUMA
and SALEEM ALKHABURI,

    Defendants.

CIVIL ACTION NO. 04-10793WGY

NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant Tahira Juma.

Date:  May 7, 2004

Respectfully submitted,
By counsel for Defendant Tahira Juma,

*Lisa Smyth* (signature)

Lisa Smyth
Smyth Law Offices, P.C.
1170 Beacon Street
Suite 200
Brookline, MA 02446
(617) 608-0023
B.B.O. #553698