UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 10 A 11: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

NASEEM MOHAMED SIRAJ,

    Plaintiff

v.

TAHIRA JUMA
and SALEEM ALKHABURI,

    Defendants.

CIVIL ACTION NO. 04-10793WGY

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Naseem Mohamed Siraj ("Plaintiff") and defendants Tahira Juma and Saleem Alkhaburi ("Defendants") hereby stipulate that all claims asserted in the above captioned matter by Plaintiff against the Defendants be dismissed, with prejudice, with all rights of appeal waived and without attorney's fees or costs.

Respectfully submitted,

NASEEM MOHAMMED SIRAJ,

By her attorneys,

HOLLAND & KNIGHT LLP

_____
Gordon P. Katz (BBO #261080)
Richard S. Mann (BBO #317770)
Damon P. Hart (BBO #655586)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: May 19, 2004
Boston, Massachusetts

# 1934915_v1

Respectfully submitted,

TAHIRA JUMA and SALEEM ALKHABURI

By their attorney,

_____
Lisa Smyth (BBO #553698)
1170 Beacon Street, Suite 200
Brookline, MA 02446
(617) 608-0023